IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTIE HILL,<br>    Plaintiff,<br><br>v.<br><br>THE BRACHFELD LAW GROUP, P.C., a California professional corporation, and LVNV FUNDING, LLC, a Delaware limited liability company,<br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:11-cv-4019-JOF-JFK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

                        Respectfully submitted,

              by:    / s/ James M. Feagle
                        James M. Feagle
                        Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855